UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. WALLACE,<br><br>    Plaintiff,<br><br>v.<br><br>WESLEYAN UNIVERSITY,<br><br>    Defendant. | :<br>:<br>:  CIVIL ACTION<br>:  NO. 3:23-CV-01461-VAB<br>:<br>:<br>:<br>:<br>:<br>:  JULY 16, 2024<br>:<br>: |

## **JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff William J. Wallace ("Plaintiff") and Defendant Wesleyan University ("Defendant") hereby jointly move for an order modifying the Scheduling Order [ECF No. 16] (the "Scheduling Order") with regard to the current deadlines so that the parties have sufficient time to complete discovery, including depositions. On December 14, 2023, Defendant filed a motion to dismiss all counts of the Complaint [ECF No. 14], which motion has been fully briefed and is presently pending before the Court. The parties thereafter exchanged some written discovery in March 2024 in compliance with the Court's initial discovery protocols for employment cases. However, given that the parties seek to obtain a ruling on the motion to dismiss before they spend additional time and costs completing discovery on claims which may or may not remain in the case, the parties request to extend all current deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | September 13, 2024 | February 1, 2025 |
| Dispositive Motions Due | October 18, 2024 | March 15, 2025 |
| Joint Trial Memorandum | November 22, 2024 (or 30 days from the Court's ruling on dispositive motions) | April 15, 2025 (or 30 days from the Court's ruling on dispositive motions) |
| Trial Ready Date | January 7, 2025 (or 30 days from the submission of the Joint Trial Memorandum) | June 1, 2025 (or 30 days from the submission of the Joint Trial Memorandum) |

Good cause exists for modification of the Scheduling Order given that Defendant's motion to dismiss the entirety of the Complaint has not yet been ruled on. Thus, the parties need sufficient time to review and produce written discovery as well as take depositions. This is the first motion for extension of time directed to the above-referenced deadlines.

WHEREFORE, the parties respectfully request that the Court modify the Scheduling Order pursuant to the schedule set forth above.

| | |
|---|---|
| PLAINTIFF – WILLIAM J. WALLACE | DEFENDANT – WESLEYAN UNIVERSITY |

By   /s/ Bruce E. Newman
    Bruce E. Newman – ct12301
    bnewman@bpslawyers.com

Brown, Paindiris & Scott, LLP
100 Pearl Street, 10th Floor
Hartford, CT 06106
Telephone:  860.966.8523

His Attorneys

By   /s/ Patricia E. Reilly
    Patricia E. Reilly – ct08352
    preilly@murthalaw.com

Murtha Cullina LLP
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone:  203.772.7700
Facsimile:   203.772.7723

Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, a true and correct copy of the foregoing document has been filed electronically and served on the parties via the Court's electronic filing system or by mail to anyone unable to accept electronic filings. Parties may access this filing through the Court's CM/ECF system.

      /s/ Patricia E. Reilly
Patricia E. Reilly