UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. WALLACE,<br><br>   Plaintiff,<br><br>v.<br><br>WESLEYAN UNIVERSITY,<br><br>   Defendant. | CIVIL ACTION<br>NO. 3:23-CV-01461-VAB<br><br><br><br>JANUARY 9, 2025 |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

  Plaintiff William J. Wallace ("Plaintiff") and Defendant Wesleyan University ("Defendant") hereby jointly move for an order modifying the Scheduling Order [ECF No. 25] (the "Scheduling Order") with regard to the current deadlines so that the parties have sufficient time to complete discovery, including depositions, if the case remains pending after a ruling on the motion to amend [ECF No. 29]. The parties exchanged initial discovery protocols in March 2024.  On December 12, 2023, Defendant filed a motion to dismiss all counts of the Complaint [ECF No. 14], which motion was granted on August 2, 2024, with leave to amend the federal claims on or before August 23, 2024, and no exercise of supplemental jurisdiction [ECF No. 28].  Plaintiff filed a motion to amend on August 23, 2024 [ECF No. 29], and Defendant filed its memorandum in opposition to the motion to amend on September 10, 2024 [ECF No. 30].  The motion to amend and memorandum in opposition to the motion to amend remain pending.

Accordingly, the parties request to extend all current deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | February 1, 2025 | September 15, 2025 |
| Dispositive Motions Due | March 15, 2025 | December 15, 2025 |
| Joint Trial Memorandum | April 15, 2025 (or 30 days from the Court's ruling on dispositive motions) | March 15, 2026 (or 30 days from the Court's ruling on dispositive motions) |
| Trial Ready Date | June 1, 2025 (or 30 days from the submission of the Joint Trial Memorandum) | May 1, 2026 (or 30 days from the submission of the Joint Trial Memorandum) |

Good cause exists for modification of the Scheduling Order given that the motion to amend and memorandum in opposition to the motion to amend remain pending, and a ruling will determine whether the case will proceed in district court. If the case proceeds, the parties will need additional time for discovery and motions practice. This is the second motion for extension of time directed to the above-referenced deadlines.

WHEREFORE, the parties respectfully request that the Court modify the Scheduling Order pursuant to the schedule set forth above.

| PLAINTIFF – WILLIAM J. WALLACE | DEFENDANT – WESLEYAN UNIVERSITY |
|---|---|
| By   /s/ Bruce E. Newman<br>    Bruce E. Newman – ct12301<br>    bnewman@bpslawyers.com | By   /s/ Patricia E. Reilly<br>    Patricia E. Reilly – ct08352<br>    preilly@harrisbeachmurtha.com |
| Brown, Paindiris & Scott, LLP<br>100 Pearl Street, 10th Floor<br>Hartford, CT 06106<br>Telephone:  860.966.8523 | Harris Beach Murtha Cullina PLLC<br>265 Church Street, 9th Floor<br>New Haven, CT 06510<br>Telephone:  203.772.7700<br>Facsimile:   203.772.7723 |
| His Attorneys | Its Attorneys |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2025, a true and correct copy of the foregoing document has been filed electronically and served on the parties via the Court's electronic filing system or by mail to anyone unable to accept electronic filings.  Parties may access this filing through the Court's CM/ECF system.

                                      /s/ Patricia E. Reilly
                                     Patricia E. Reilly

15644050.v1